ACCEPTED
03-14-00570-CR
5536629
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/3/2015 5:15:53 PM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00570-CR

| | | |
|---|---|---|
| ERIC BYRON CRAYTON | § | IN THE THIRD |
| VS. | § | DISTRICT COURT OF |
| THE STATE OF TEXAS | § | APPEALS OF TEXAS |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/3/2015 5:15:53 PM
JEFFREY D. KYLE
Clerk

## FOURTH MOTION TO EXTEND TIME TO FILE APPELLEE'S BRIEF

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes the State of Texas, Appellee in the above styled and numbered cause, and moves for an extension of time of 30 days to file Appellee's brief, and for good cause would show the following:

### I.

Appellant was convicted by a jury of Tampering with Physical Evidence on August 11, 2014 in the 207th District Court of Comal County. The jury then sentenced Appellant to 35 years confinement in the institutional division of the Texas Department of Criminal Justice. Appellant timely filed his notice of appeal and filed his brief with the Court on February 2, 2015. The State's brief is currently due on June 3, 2015.

### II.

Mr. Clayten Hearrell is handling this appeal for the State. Mr. Hearrell has had his regular responsibilities – including docket, intake and grand jury presentations – during the previous month. While Mr. Hearrell anticipated being

1

able to finish the brief this week, he unexpectedly had to try a case in CR2013-417 and CR2013-418, and had to prepare for trial before he finished his brief. The ongoing case involves allegations of Murder, Possession of a Prohibited Weapon, and multiple counts of Delivery of a Controlled Substance in Penalty Group 1. In light of the foregoing, the State respectfully requests that the Court grant him a 30-day extension to file the Appellee's Brief. This is the fourth extension sought by Appellee. No further extensions will be requested.

III.

**WHEREFORE, PREMISES CONSIDERED,** the State's counsel respectfully requests an extension of 30 days, until July 3, 2015, so that an adequate response may be made to Appellant's brief. This extension is not requested for purposes of delay but so that justice may be done.

Respectfully submitted,

/s/ Joshua D. Presley
**Joshua D. Presley** SBN: 24088254
preslj@co.comal.tx.us
Comal Criminal District Attorney's Office
150 N. Seguin Avenue, Suite 307
New Braunfels, Texas 78130
Ph: (830) 221-1300 / Fax: (830) 608-2008

## CERTIFICATE OF SERVICE

I, Joshua D. Presley, Assistant District Attorney for the State of Texas, Appellee, hereby certify that a true and correct copy of this *Fourth Motion to Extend Time to File Appellee's Brief* has been delivered to Appellant ERIC BYRON CRAYTON's attorney of record in this matter:

Richard E. Wetzel
wetzel_law@1411west.com
1411 West Avenue
Suite 100
Austin, TX  78701
*Attorney for Appellant on Appeal*

By electronically sending it to the above-listed email address through efile.txcourts.gov e-filing service this 3rd day of June, 2015.

/s/ Joshua D. Presley
**Joshua D. Presley**